IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNO VIEW IP, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>OCULUS VR, LLC, and<br>FACEBOOK, INC.,<br><br>   Defendants. | Case No. 17-cv-386-VAC-CJB |

**PLAINTIFF'S MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE* OF MICHAEL D. LOUGHNANE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael D. Loughnane of Meagher Emanuel Laks Goldberg & Liao, LLP to represent plaintiff Techno View IP, Inc. in the above-captioned matter. Payment in the amount of $25.00 will be submitted to the Clerk's office contemporaneously with the filing of this motion.

               O'KELLY ERNST & JOYCE LLC

Dated: June 19, 2018
               */s/ Sean T. O'Kelly*
               Sean T. O'Kelly (No. 4349)
               Daniel P. Murray (No. 5785)
               901 N. Market Street, Suite 1000
               Wilmington, DE  19801
               (302) 778-4000
               (302) 295-2873 (facsimile)
               sokelly@oelegal.com
               dmurray@oelegal.com

               Attorneys for Plaintiff
               TECHNO VIEW IP, INC.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court; I am admitted, practicing, and in good standing as a member of the Bars of the States of New York and New Jersey; and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office contemporaneously with the filing of this motion.

Dated: June 19, 2018

*/s/ Michael Loughnane*
Michael D. Loughnane
MEAGHER EMANUEL LAKS GOLDBERG & LIAO, LLP
One Palmer Square, Suite 325
Princeton, NJ 08542
Telephone: (609) 454-3500
Facsimile: (609) 454-3957
mloughnane@meagheremanuel.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael D. Loughnane of Meagher Emanuel Laks Goldberg & Liao, LLP to represent Plaintiff Techno View IP, Inc. is granted.

DATED this _____ day of _____, 2018.

_____
United States Magistrate Judge