IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNO VIEW IP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-386 (CFC) (CJB) |
| ) | |
| FACEBOOK TECHNOLOGIES, LLC, and ) | |
| FACEBOOK, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER TO STAY
PENDING *INTER PARTES* REVIEW**

WHEREAS, on November 8, 2018, the Court granted the parties' stipulation (D.I. 88) to stay the case until resolution of the parties' respective objections (D.I. 75, 81, 90) to the reports and recommendations regarding claim construction issued on August 15, 2018 (D.I. 74), August 30, 2018 (D.I. 76), October 18, 2018 (D.I. 85), and December 7, 2018 (D.I. 89);

WHEREAS, on December 4, 2018, the Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review of the patents-in-suit, U.S. Patent Nos. 7,666,096 and 8,206,218, based on petitions brought by third-party Sony Interactive Entertainment LLC in Case Nos. IPR2018-01044 and IPR2018-01045 (the "Sony IPR proceedings");

WHEREAS, the parties have conferred and agree that a stay of the case until the Sony IPR proceedings have been resolved or otherwise terminated, including any appeal to the United States Court of Appeals for the Federal Circuit, is in the best interest of the parties and promotes judicial economy;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The case is stayed until such time as the Sony IPR proceedings have been resolved or otherwise terminated, including any appeal to the Federal Circuit and any remand proceedings; and

2. The parties shall notify the Court when the Sony IPR proceedings (including any appeals) have been resolved so that appropriate action may be taken.

| | |
|---|---|
| O'KELLY ERNST & JOYCE, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Sean T. O'Kelly* | */s/ Jennifer Ying* |
| Sean T. O'Kelly (# 4349)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 778-4000<br>sokelly@oelegal.com<br><br>*Attorney for Plaintiff Techno View IP, Inc.* | Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>jying@mnat.com<br><br>*Attorneys for Defendants Facebook Technologies, LLC and Facebook, Inc.* |

January 31, 2019

SO ORDERED this _____ day of _____, 2019.

_____
        JUDGE