

**Sean T. O'Kelly, Esquire**
sokelly@oelegal.com
**Direct (302) 778-4001**

April 23, 2019

**VIA ELECTRONIC FILING**
The Honorable Christopher J. Burke
United States District Court
844 N. King Street
Wilmington, DE 19801

   Re: C.A. No. 17-cv-386-CFC-CJB, *Techno View IP, Inc. v. Facebook Technologies, LLC, and Facebook, Inc.*

Dear Judge Burke,

  On December 4, 2018, the Patent Trial and Appeal Board (the "PTAB") instituted *inter partes* review of the patents-in-suit based on petitions brought by Sony Interactive Entertainment LLC in Case Nos. IPR2018-01044 and IPR2018-01045 (the "Sony IPR proceedings").  On February 1, 2019, the Court entered a Stipulation and Order to Stay Pending *Inter Partes* Review (D.I. 92), which stayed the above-referenced case until the Sony IPR Proceedings were resolved.

  Plaintiff Techno View IP, Inc. and Defendants Facebook Technologies, LLC and Facebook, Inc. (collectively, "the Parties") write to notify the Court that the Sony IPR proceedings which were the subject of the Stipulation have been resolved.  The Patent Trial and Appeal Board ("PTAB") granted the Parties' Joint Motions to Terminate and terminated each of IPR2018-01044 and IPR2018-01045 with respect to petitioner Sony Interactive Entertainment LLC and patent owner Techno View IP, Inc. pursuant to 35 U.S.C. § 317(a) and 37 C.F.R. § 42.72.  A copy of the Order by the PTAB is attached hereto as Exhibit A.

  Notwithstanding the resolution of the Sony IPR proceedings, the parties further advise that the case remains stayed due to the prior stipulation (D.I. 88) pending resolution of all objections (D.I. 75, 81, and 90) to the four report and recommendations concerning claim construction (D.I. 74, 76, 85, and 89).

              Sincerely,

              */s/ Sean T. O'Kelly*
              Sean T. O'Kelly (No. 4349)

901 N. Market Street, 10th Floor, Wilmington, DE 19801
PH (302) 778-4000 FX (302) 295-2873
www.oelegal.com