IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNO VIEW IP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK TECHNOLOGIES, LLC, and FACEBOOK, INC., <br><br> Defendants. | Case No. 17-cv-386-CFC-CJB |

## JOINT STIPULATION TO DISMISS

Plaintiff Techno View IP, Inc. and Defendants Facebook Technologies, LLC and Facebook, Inc., by and through their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims in this action, with all parties to bear their own costs and attorneys' fees.

Dated:  August 8, 2019                             Respectfully submitted,

**O'KELLY ERNST & JOYCE, LLC**                    **MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Sean T. O'Kelly*                              */s/ Jennifer Ying*
Sean T. O'Kelly (No. 4349)                         Karen Jacobs ( No. 2881)
901 N. Market Street, Suite 1000                   Jennifer Ying ( No. 5550)
Wilmington, DE 19801                               1201 North Market Street
(302) 778-4001                                     P.O. Box 1347 Wilmington, DE 19899-1347
(302) 295-2873 (facsimile)                         (302) 658-9200
sokelly@oelegal.com                                kjacobs@mnat.com
                                                   jying@mnat.com

*Attorney for Plaintiff*
*Techno View IP, Inc.*                             *Attorneys for Defendants Facebook*
                                                   *Technologies, LLC and Facebook, Inc.*

2

SO ORDERED this _____ day of _____, 2019.

_____
United States District Court Judge